TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-55810

**THIS ORDER IS APPROVED.**

**Dated: March 23, 2011**



_____
**JAMES M. MARLAR
Chief Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Nancy H. Ossman and Stanley L. Ossman<br>     Debtors.<br>_____<br>Citibank, N.A., as Trustee for the holders of BSABS 2007-SD3<br>     Movant,<br>  vs.<br><br>Nancy H. Ossman and Stanley L. Ossman, Debtors, Dianne C. Kerns, Trustee.<br>     Respondents. | No. 4:10-bk-39824-JMM<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #30) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 28, 2006 and recorded in the office of the Pima County Recorder wherein Citibank, N.A., as Trustee for the holders of BSABS 2007-SD3, is the current beneficiary and Nancy H. Ossman and Stanley L. Ossman have an interest in, further described as:

> THAT PORTION OF LOTS 1 AND 2 OF BLOCK 19, HOME ADDITION AS PER MAPS AND PLATS BOOK 4 AT PAGE 83, PIMA COUNTY, ARIZONA, AND FURTHER DESCRIBED AS FOLLOWS:
>
> COMMENCING AT THE NORTHEAST CORNER OF SAID LOT 1,
>
> THENCE. N 89°56'49"W, ALONG THE NORTH LINE OF LOTS 1 AND 2, A DISTANCE OF 35.60 FEET TO THE TRUE POINT OF BEGINNING,
>
> THENCE, S 00°05'26"W, A DISTANCE OF 147.48 FEET TO A POINT ON THE SOUTH LINE OF SAID LOT 1,
>
> THENCE, N 89°57'06"W, ALONG THE SOUTH LINE OF LOT 1 AND LOT 2. A DISTANCE OF 35.85 FEET.
>
> THENCE. N 00°05'26"E. A DISTANCE OF 147.49 FEET TO A POINT ON THE NORTH LINE OF LOT 2,
>
> THENCE, S 89°56'49" E, ALONG THE NORTH LINE OF LOTS 1 AND 2, A DISTANCE OF 35.65 FEET TO THE TRUE POINT OF BEGINNING.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.